**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: DUA DIAMONDS, INC. AND JASMEEN KAUR | : | No. 85 EM 2017 |
| | : | |
| | : | |
| | : | |
| PETITION OF: DUA DIAMONDS, INC. AND JASMEEN KAUR | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2017, the Emergency Application Pursuant to Pa.R.A.P. 3315 To Reinstate Trial Court Order Lifting Automatic Supersedeas is **DENIED**.

    Justice Wecht files a Dissenting Statement in which Justice Donohue joins.